Name and address:
LATHAM & WATKINS LLP
Amanda Barnett (SBN 319046)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-156

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBLES RODRIGUEZ, et al.<br><br>                           Plaintiff(s)<br>v.<br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, et al.<br><br>                           Defendant(s). | CASE NUMBER<br><br>5:20-CV-00627-TJH-GJS<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [55] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

William M. Friedman   of   LATHAM & WATKINS LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         555 Eleventh Street, NW
(202) 637-2200        (202) 637-2201                                Suite 1000
*Telephone Number*    *Fax Number*                                  Washington, D.C. 20004-1304
william.friedman@lw.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Jose Robles Rodriguez; Charleston Edward Dacoff; Jose Hernandez Velasquez; Luis Lopez Salgado; Paola Rayon Vite; Martin Vargas Arellano

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**
Amanda Barnett   of   LATHAM & WATKINS LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    355 South Grand Avenue, Suite 100
319046        (213) 485-1234        (213) 891-8763                Los Angeles, CA 90071-1560
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
amanda.barnett@lw.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

Dated   APRIL 16, 2020
                                                                   _____
                                                                   **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1